AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| Mario Cedeno,<br><br>*Plaintiff(s)*<br>v.<br><br>Ultrack Construction, LLC.,<br>Yolvis R. Duarte Jordan, and<br>Noe Future Framing, LLC.<br><br>*Defendant(s)* | ) | Civil Action No. 8:26-cv-3065 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Noe Future Framing, LLC.
Through its registered agent: Noemi Mazo Ricardo

12101 N Dale Mabry Hwy
Tampa, FL 33618

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Simpson & Mena, P.A.
2250 Southwest Third Avenue
Suite 501
Miami, Florida 33129
Tel: 305-912-7665

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________________
*Signature of Clerk or Deputy Clerk*